CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Bernice Rink
PLAINTIFF

1 Madison St. N.E.
Address (No Post Office Boxes)

Washington  D.C.  20011
City          State      Zip Code

VS.                                    CIVIL

Judge McCabe
DEFENDANT

D.C. Probate Court
Address (No Post Office Boxes)

Washington  D.C.  200
City          State      Zip Code

Case: 1:23-cv-02880
Assigned To : Unassigned
Assign. Date : 9/28/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ☐ Yes  ☒ No

## COMPLAINT

Prejudice was shown; see attached Brief

RECEIVED
SEP 2 8 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Bernice Rink
Original Signature (in pen)

Name (if applicable, Prisoner ID No.)

Address or Facility Address

City          State      Zip Code

Rev: 01/10/2023
*Use additional pages as needed



# Commission on Judicial Disabilities and Tenure

## Judicial Complaint Form

*Confidential under DC Code §11-1528(a)*

The District of Columbia Commission on Judicial Disabilities and Tenure's mission is to maintain public confidence in an independent, impartial, fair, and qualified judiciary, and to enforce the high standards of conduct judges must adhere to both on and off the bench.

The Commission is an independent body, created by federal statute, with jurisdiction and authority over judges in the District of Columbia Courts, namely the Superior Court for the District of Columbia and the District of Columbia Court of Appeals.

Among its responsibilities, the Commission investigates complaints and concerns regarding judicial conduct. The Commission's statute authorizes it to review a range of conduct, on and off the bench, which may constitute misconduct or conduct that otherwise: (i) constitutes a willful and persistent failure to perform judicial duties; (ii) seriously interferes with the judge's ability to perform his or her judicial duties; (iii) is prejudicial to the administration of justice; or (iv) brings the judicial office into disrepute. The Commission's governing statutes and Rules, and the District of Columbia Code of Judicial Conduct ("the Code") are located on the Commission's website at https://cjdt.dc.gov/page/governing-provisions-and-regulations.

The Commission is providing this form for your use in providing information to the Commission regarding a complaint or a concern regarding a judge in the District of Columbia Courts. The information you provide herein will be kept confidential by the Commission subject to DC Code §11-1528(a). At the end of this submission, you will be asked to certify that the information you are providing is true, accurate, and complete to the best of your knowledge.

If you need assistance submitting this form, please contact the Commission office at 202-727-1363 or email dc.cjdt@dc.gov. Once this form is submitted, you will not be able to edit it further. Information that will be helpful to have available includes:

- Your contact information (address, phone number, email address).
- The judge's name and court affiliation
- The case name and number, if any
- A detailed description of the concern
- Any documents that are relevant to your complaint or concern

Confidential under D.C. Code § 11-1528(a)

District of Columbia Commission On Judicial Disabilities and Tenure Building A, Room 246 515 Fifth Street, N.W.

Washington, D.C. 20001

## Judicial Complaint Form

(Superior Court for the District of Columbia and the District of Columbia Court of Appeals)

## Name of Complainant or Reporting Party:

*First Name: Bernice

*Last Name: Rink

Phone: 2023526301

Email: bernicerink@comcast.net

## Mailing Address:

Street: 1 Madsion Street NE

City: Washington

State/Province: DC

Zip/Postal Code: 20011

Country:

## Complaint Details:

Name and Contact Information of Your Attorney (If Any):

*Name Of Judge(s) of Concern:

Judge McCabe Probate Court    Judge McCabe & Matthew Herb

District of Columbia Court of Concern:

[ ] DC Superior Court
[✓] DC Court of Appeals

Case Name and Case Number (If Relevant to Complaint):

2021 ADM 000784

Date of Judicial Conduct or Action That Relates to This Complaint

september 19,2023

## Complaint Details (Continued):

**Please specify, in your own words, what action, conduct, or behavior of the judge(s) is the reason(s) of your complaint. Please provide relevant dates and, if available, the name of others present, case name and case number, as well as copies of any evidence (including documents, papers, or pleadings which may assist the Commission in its review of your complaint).**

Case No: 23-PR-691     case 2021 ADM 000784
2023 Lit 000005
Linked to case No. 23-PR-691

vs

Bernice Rink
Plaintiff
vs
Attorney Matthew Hertz
Personal Representative of Estate of Henry Marrow
Defendant

Brief
I Bernice Rink a 73-year-old African American who is the Plaintiff state that in my late sixties I saved for 2 years to purchase my dream of being a first-time home buyer. I am threatening with eviction from my home behind what I believe is misconduct and misuse of power in the judicial system. I am suffering injustice and abusee of the legal system. The weight of the conduct and the impropriety of my case borders on injustice and bending of the laws that governors our great country. At the time of our purchase, I did not have any understanding of the difference between Tenant n Common until I went to get a refi and then it was explained to me what it meant and at that time, I then informed Carrington Mortgage to make it Joint Tenant. No one explained anything beyond that difference. Mr. Marrow who asked me if I really wanted to buy a house. And my response was yes. Being common law in the District of Columbia she stated he said that he would have nothing to do with house. I made every payment of mortgage which can be established. I later married my childhood sweetheart after Mr. Marrow and I parted ways. No one me to remove Mr. Marrow's name from the Deed and I assumed that the Deed of Trust would supersede the old Deed. However, the DC Office of Records and Deeds did not update the old Deed to show Joint Tenants. I was made aware of this mistake when I applied for Mortgage Assistant. I then start working with housing authority to help remedy the problem. Still to this day I am absolutely devastated of the fact that they can take my home and I have no say so in the process. When I found out that they were trying to make my home as part of Henry estate I was told to apply to be the Personal Representative of the estate to ensure my house would be safe. After petitioning the court to remove the Personal Representative Matthew Hertz over the Estate of Henry Marrow who was my common law husband at the time of purchase of home in question. I have been fighting all my life for justice to prevail now here I am in a battle that I should not be in for I am telling the truth that it was Joint Teant
  1 Madison Street NE
 Washington DC 20011
The sitting Judge showed prejudice once he found out that I was one of the same that had requested to be Personal Representative of my husband Donald George Williams, he asked me didn't you come before me before to be placed over Donald George Williams estate. My response was yes Sir. He then proceeded to denied my motion for removal of the Personal Representative Matthew Hertz of Henry Marrow estate. Not Taking in consideration that at the

## Certification and Signature:

I certify that the information provided in this complaint and any materials provided in support of this complaint, including any factual statements or allegations, are true and correct to the best of my knowledge, information and belief. I further understand that the filing of this complaint and the information provided is confidential by law and must be treated accordingly, absent any legal exception, as defined under D.C. Code §11-1528.

**Please direct all questions and any hardcopy materials regarding this matter to:**

**Executive Director,**
**DC Commission on Judicial Disabilities and Tenure**

**Building A, Room 246**
**515 Fifth Street, N.W.**
**Washington, D.C. 20001**
**202-727-1363 (Telephone)**
**dc.cjdt@dc.gov (Email)**

**For further information, please refer to the Commission's website at https://cjdt.dc.gov.**

*Signature of Complainant or Reporting Party

Bernice Rink

*Date

09/27/2023

Case No: 23-PR-691                                                case Number 2021 ADM 000784
2023 Lit 000005
Linked to case No. 23-PR-691

vs

Bernice Rink
Plaintiff
vs
Attorney Matthew Hertz
Personal Representative of Estate of Henry Marrow
Defendant

### Brief

I Bernice Rink a 73-year-old African American who is the Plaintiff state that in my late sixties I saved for 2 years to purchase my dream of being a first-time home buyer. The weight of the misconduct and the impropriety of my case borders on injustice and bending of the laws that governors our great country. At the time of our purchase, we did not have any understanding of the difference between Tenant n Common until we went to get a refi and then it was explained to us what it meant and at that time, I then informed Carrington Mortgage to make it Joint Tenant. No one explained anything beyond that difference. Mr. Marrow who asked me if I really wanted to buy a house. And my response was yes. Being common law in the District of Columbia she stated he said that he would have nothing to do with house. I made every payment of mortgage which can be established. I later married my childhood sweetheart after Mr. Marrow and I parted ways. No one me to remove Mr. Marrow's name from the Deed and I assumed that the Deed of Trust would supersede the old Deed. However, the DC Office of Records and Deeds did not update the old Deed to show Joint Tenants. The Judge failed to acknowledge that we were indeed common law at the time of purchase. The Judge just can't overlook the years we shared and it is like he (Judge) on punishing me for moving on after we parted and remained friends. Until I applied I for the program Mortgage Assistance I was not even aware that the Deed had not been changed and that this existed. I then start working with housing authority to help remedy the problem. Still to this day I am absolutely devastated of the fact that they can take my home and I have no say so in the process. When I found out that they were trying to make my home as part of Henry estate I was told to apply to be the Personal Representative of the estate to ensure my house would be safe. After petitioning the court to remove the Personal Representative Matthew Hertz over the Estate of Henry Marrow who was my common law husband at the time of purchase of home in question. I have been fighting all my life for justice to prevail now here I am in a battle that I should not be in for I am telling the truth that it was Joint Teant. How is it on one legal document that shows us Joint Tennant which was filed after the original. I can't be joint tenant in land and not be on the deed someone neglected to correct the deed.

**1 Madison Street NE**

**Washington DC 20011**

The sitting Judge showed prejudice once he found out that I was one of the same that had requested to be Personal Representative of my husband Donald George Williams, he asked me didn't you come before

me before to be placed over Donald George Williams estate. My response was yes Sir. He then proceeded to denied my motion for removal of the Personal Representative Matthew Hertz of Henry Marrow estate. Not Taking in consideration that at the time of purchase that we were living common law in the District of Columbia. Stating to Attorney Matthew Hertz sale the property, which showed prejudice. Attorney Hertz stated that "but your Honor I will have to go through the same thing in getting her out of the house".

Further Attorney Hertz stated to the Judge at that I refused to sale my house none of this is true and the Judge just took his word without proof and the Judge immediately made him Deed of Trust without showing proof that I said these things which is so untrue. No document of this request with a response from me exist. Judge McGabe dislike me for whatever reason. I don't know but I do know that this process was not legal and that there was nothing but Attorney Hertz word to go by. Whatever Attorney Hertz wanted it was order given to him be it right or wrong.

The laws have been greatly manipulated. This case with its finding has been blind to the laws and used on the borderline of the law showing prejudice in the finding of the sitting Judge, Judge McGabe. Attorney alleged that he offered for me to buy him out and that was ever true. The Judge just took Attorney Hertz word and I didn't know anything until I seen it in his appeal brief that he stated this offer which never took place. This whole entire procedure was not honest and on the cutting edge of the law. Attorney Hertz did not contact me about buying him out. There is nothing in the court records or procedure that he submitted as evidence because there is not. I never received anything and the Judge never asked for evidence. The fact that they knew I could not afford an attorney and was going pro se they railroad me. Further there is a Deed of Truust that was made in 2015 by Carrington that shows Joint Tenant and they will not recognize it, and my thing is that I don't understand how the old Deed made in 2014 still being recognized as Tenant n Common hen the Deed of Trust recognize us as Joint Teant being totally responsible for Debt. I am not an Attorney and at 73 years old, and I know nothing of legal matters. I am asking the US to review the appeals and responses in this matter.

At this point I still do not know where the mistake lies. However, I do know that the system is flawed in my case and favor is being given and no other Judge will go against Judge McGabe.

Facts is that the Judge showed prejudice in the case. Secondly was never any evidence shown that Attorney Herz presented that he offered me or talked to me about buying me out or any other method of resolve. Everything. I was never given the chance to buy or sale my home. These opportunities were taken away from me by me not knowing that Attorney Hertz said that he gave me opportunity to either buy out or sale these options where never given to me and the Judge just took Mr. Hertz word and I never received anything from Mr. Hertz stating what his intent nor did I get anything from Mr. Hertz stating that he was going to court. You will see when the case is pulled that my rights were violated.

The court presiding where between the Judge and Attorney Hertz. I never got a chance to response to any of Attorney Hertz request.

With some of these decisions I never got my day in court through the Probate process.

I plead to the Courts to help me rectify decision handed down.

There is a case No: 14-VC-1296 that I was told to reference. I am asking that the judgement in this case be set aside for the following reason. (1) Attorney Hertz never sent me anything in writing regarding

wanting me to sell my home neither did he give me the to buy him out. I have yet to receive anything telling me of the amount of my home and intent. Just a notice from court to vacate premises.

There is nothing throughout this case that is without wondering why I wasn't notify or why the Judge so readily name Mr. Hertz Deed of Trust in this case knowing that I never was given an opportunity to oppose any notice or that Mr. Hertz never produced document showing hearing on matter naming him Deed of Trust. I feel that Judge McGabe showed bias throughout this case

Throughout this case there exist Legal misconduct On the Judge part not giving me my due process.

The Judge knew that there was Deed of Trust filed in 2015 showing Joint Teant yet he went with the old deed showing tenant in Common. How can I be Joint with the property and responsible for payment.

This Judge stripped me of all my right and I no say so on the buyer or give me the right to purchase if they refused to recognize that there was indeed an error on the part of the Office of Records and Deeds. Further I have not seen any paperwork from Attorney Hertz regarding the intent to sale. However, it seems that they want me to walk away with nothing after not allowing the proof that I made every mortgage payment.

This entire process has been a high scam to protect the Timo is errored in their Title search. Paramount told Timo is that they would have to take the responsibility for the error in the title search. Timois proceeded to develop a plan and had a company that they use to assume the mortgage from Paramount Bank, which was a Real Estate Company that company sold the mortgage to a mortgage company in VA they sold the Mortgage that Mr. Hertz Development a Management Company named Madison Management Services, LLC to collect the mortgage. The Judge was very aware of this scheme that they invented to get my home and went along with it. How could the Judge go along with such a deceitful plan to  and break and bend the laws.

I am seeking justice in this matter. Everything I have stated is truth and is documented. I am asking for a reversal of Judge McCabe decision and to Stay the Motion to Vacate.